AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>WILLIE FRED GOLDSMITH | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 2:97cr183-MHT<br>(WO)<br><br>USM Number: 10068-002<br><br>Crowell Pate DeBardeleden<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  1 of the violation petition  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to report to the probation officer as directed and failed to submit truthful and complete written reports within the first five days of each month. | 9/5/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  Pursuant to the Government's oral motion,  violations 2-4  are DISMISSED.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  1948

Defendant's Residence Address:
Montgomery, AL

Defendant's Mailing Address:
same as above

June 22, 2006
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

MYRON THOMPSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

6/26/2006
Date

DEFENDANT: WILLIE FRED GOLDSMITH
CASE NUMBER: 2:97cr183-MHT

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
12 Months. The term of supervised release imposed on March 24, 2000, is REVOKED.

X    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be placed in a facility where drug counseling is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐ before 2 p.m. on _____ .
     ☐ as notified by the United States Marshal.
     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                            By  _____
                                                    DEPUTY UNITED STATES MARSHAL